**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**TEQUILLA KENYON TUGGLE**                                        **PLAINTIFF**

**v.**                                                                     **No. 4:26-cv-68-MPM-DAS**

**EDNA CLARK**                                                         **DEFENDANT**

**ORDER REQUIRING PLAINTIFF TO SUBMIT**
**AMENDED COMPLAINT USING THE ENCLOSED**
**STANDARD FORM WITHIN 21 DAYS**

TeQuilla Kenyon Tuggle has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983.   The plaintiff has not, however, used the court's standard form for such complaints.   The court uses these forms for the expeditious administration of §1983 cases.   As such, the plaintiff must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 11th day of May, 2026.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**